UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Christopher B. Steg and Cayla B. Steg, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> James H. Johnson, Conrad Boyd Sturges, III, ) <br> Davis, Sturges and Tomlinson, Betty Lynn Currin, ) <br> Betty Johnson, Kimberly J. Rogers, Rogers and ) <br> Rogers, Amy J. Peralta, Randoph A. Baskerville, ) <br> J. Henry Banks, Caroline S. Burnette, Sam B. ) <br> Currin, III, ) <br> ) <br> Defendants. ) <br> ) | JUDGMENT <br><br> 5:16-CV-149-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' motions to proceed in forma pauperis [DE 1 & 2] are GRANTED and their complaint is DISMISSED in its entirety pursuant to 28 U.S.C. sections 1915(e)(2)(B) and 1367(c).

This case is closed.

<u>**This judgment filed and entered on June 1, 2016, and served on:**</u>

Christopher B. Steg (via US Mail at 12739 Wake Union Church Rd, Wake Forest, NC 27587)
Cayla B. Steg (via US Mail at 12739 Wake Union Church Rd, Wake Forest, NC 27587)

June 1, 2016

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk